**NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328**

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
| 1. A method comprising: mapping, with at least one processor, each of a plurality of data streams related to a specific content to a different component of a service delivering multiple versions of the specific content; | The defendant streams videos making use of HTTP live streaming (HLS) standard (hereinafter referred to as the standard).<br><br><br><br>https://www.bonappetit.com |

EXHIBIT 2

<u>NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328</u>

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
| | https://www.bonappetit.com |

## NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
| --- | --- |
| | The standard discloses a method which comprises mapping, with at least one processor (e.g., processor/transcoder of a server of an HLS service provider), each of a plurality of data streams (e.g., media streams such as audio, video, captions, etc.) related to a specific content (e.g., streaming content such as web streaming, on-demand video on TV) to a different component (e.g., Index file m3u8) of a service (e.g., web streaming, on-demand TV program etc.) delivering multiple versions (e.g., M3U8 Manifest File comprises multiple versions of a data stream) of the specific content (e.g., streaming content such as web streaming, on-demand TV program etc.). <br><br> As shown below, a server of an HLS service provider converts plurality of data streams such as audio, video, etc. of a streaming content (e.g., specific content) in multiple streams at different bitrates and resolutions in different media segments of a M3U8 Manifest File. For example a media segment may consist of representation of videos and audios. Similarly, different media segments contain many different representations. |

<u>**NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328**</u>

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
| |  |

Request Headers
GET /embed-api.json?videoId=612933cccc196a4be94be1b9&embedLocation=bonappetit HTTP/1.1
Client
    Accept: */*
    Accept-Encoding: gzip, deflate, br
    Accept-Language: en-US,en;q=0.9
    User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/92.0.4515.159 Safari/537.36 OPR/78.0.4093.184
Miscellaneous
    Referer: https://www.bonappetit.com/
Security
    Origin: https://www.bonappetit.com
    sec-ch-ua: " Not A;Brand";v="99", "Chromium";v="92", "Opera";v="78"
    sec-ch-ua-mobile: ?0

*Source: Packet capture by Fiddler tool*

As shown below, a server of an HLS streaming service provider converts plurality of data streams such as audio, video, etc. of a streaming content (e.g., specific content) such as a TV program in multiple versions in different adaptation sets of a M3U8 Manifest File. For example an adaption set may consists of representation of different version 622K video, 512K video, etc.

## NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
|  |  *Source: Packet capture by Fiddler tool* |

## NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
| | <br>*Source: Packet capture by Fiddler tool* |

## NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
| |  |
| | *Source: Packet capture by Fiddler tool* |

<u>**NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328**</u>

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
|  | <br>https://martech.zone/http-live-streaming-player-features/ |

**NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328**

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
|  | HLS supports the following:<br><br>• Live broadcasts and prerecorded content (video on demand, or *VOD*)<br><br>• Multiple alternate streams at different bit rates<br><br>• Intelligent switching of streams in response to network bandwidth changes<br><br>• Media encryption and user authentication<br><br>The following figure shows the components of an HTTP Live Stream.<br><br><br><br>https://developer.apple.com/documentation/http_live_streaming |

**NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328**

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
| | AAC audio processing requires a small amount of leading "throw-away" audio to prime the encoder and initialize internal tables. This small amount of audio results from *encoder delay* which happens during encoding to produce properly formed, encoded audio packets, and its duration is commonly referred to as the *priming duration*. This audio needs to occur before the first frame of video; otherwise, there will be no audio for the first few frames of video.  The audio sample rates are normally 44.1 kHz or 48 kHz. For more information, see the HTTP Live Streaming Specification and the HLS Authoring Specification for Apple Devices. https://developer.apple.com/documentation/http_live_streaming/preparing_audio_for_http_live_streaming |

## NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
| |  https://www.streamingmedia.com/Articles/Editorial/What-Is-.../What-Is-HLS-(HTTP-Live-Streaming)-78221.aspx?utm_source=related_articles&utm_medium=gutenberg&utm_campaign=editors_selection |

**NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328**

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
| |  |

https://www.wowza.com/blog/hls-streaming-protocol

<u>1</u>.   **Introduction to <u>HTTP Live Streaming</u>**

## NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
| encapsulating each data stream of the plurality into a stream of packets according to a first communication protocol, | The standard discloses encapsulating each data stream (e.g., media streams such as audio, video, captions, etc.) of the plurality into a stream of packets (e.g., index file m3u8 data packets) according to a first communication protocol (e.g., Transmission control protocol). <br><br> As shown below, For HLS, MPEG-4 transport stream is used to encapsulate the data stream (e.g., media streams such as audio, video, captions, etc.) using first communication protocol (e.g. TCP). <br><br>  <br><br> *Source: Packet capture by Fiddler tool* |

## NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
|  |  |

## NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
|  | *Source: Packet capture by Fiddler tool*  *Source: Packet capture by Fiddler tool* |

## NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
| |  *Source: Packet capture by Fiddler tool* |

**NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328**

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
| | ## Encode MPEG-2 Transport Stream Segments<br><br>MPEG-2 transport streams create an arbitrary timestamp when encoding media, using an 33-bit clock that rolls over every 26 hours. For example, if your video starts at the two-hour mark, your audio starts at two hours plus the time for the leading audio. Therefore, a segment of audio that's paired with a segment of video starting at the two-hour mark needs audio that starts at the two-hour mark minus the priming duration. This additional segment ensures the first frame of video plays synchronously with the audio.<br><br>## Encode Fragmented MPEG-4 Segments<br><br>The MPEG-4 file format (ISO BMFF) carries the presumption that all track timelines begin with time zero, regardless of whether the timeline is divided into fragments. However, you can set the initial decode time of any fragment to an arbitrary value by means of the Track Fragment Base Media Decode Time Box (`tfdt`). Use this box to permit the alignment of the audio timeline with the video timeline that places the priming audio prior to the first video frame.<br><br>Alternatively, starting with iOS 13.1 it's possible to utilize an Edit List Box (`elst`) within the Track Box (`trak`) in order to place the duration of the priming audio prior to time 0. This permits a natural alignment of other tracks with audio at time 0. The edit list needs to have a single entry in which the value of `media_start` is equivalent to the audio priming duration and the value of `segment_duration` is 0. This is the recommended approach for time alignment for the Common Media Application Format (CMAF).<br><br>https://developer.apple.com/documentation/http_live_streaming/preparing_audio_for_http_live_streaming<br><br>## Does HLS use TCP or UDP as its transport |

## NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
| wherein, as to each of the packet streams, the packets have a value in a common field identifying the component mapped to the data stream encapsulated by the packet stream; | The standard discloses wherein, as to each of the packet streams (e.g., m3u8 data packet stream), the packets have a value (e.g., audio/video type, group id, etc.) in a common field identifying the component mapped to the data stream (e.g., media streams such as audio, video, captions, etc.) encapsulated by the packet stream (e.g., m3u8 data packet stream).<br><br>As shown below, the common field shows "type: video" |

## NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*



## NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
|  | *Source: Packet capture by Fiddler tool*<br><br><br><br>*Source: Packet capture by Fiddler tool* |

## NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
|  | <br><br>*Source: Packet capture by Fiddler tool* |

**NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328**

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
| | ```
#EXT-X-MEDIA:<attribute-list>

The following attributes are defined:

    TYPE

    The value is an enumerated-string; valid strings are AUDIO, VIDEO,
    SUBTITLES, and CLOSED-CAPTIONS.  This attribute is REQUIRED.

    Typically, closed-caption [CEA608] media is carried in the video
    stream.  Therefore, an EXT-X-MEDIA tag with TYPE of CLOSED-
    CAPTIONS does not specify a Rendition; the closed-caption media is
    present in the Media Segments of every video Rendition.

    URI

    The value is a quoted-string containing a URI that identifies the
    Media Playlist file.  This attribute is OPTIONAL; see
    Section 4.3.4.2.1.  If the TYPE is CLOSED-CAPTIONS, the URI
    attribute MUST NOT be present.



Pantos & May                 Informational                 [Page 25]

RFC 8216                    HTTP Live Streaming              August 2017


    GROUP-ID

    The value is a quoted-string that specifies the group to which the
    Rendition belongs.  See Section 4.3.4.1.1.  This attribute is
    REQUIRED.
``` https://datatracker.ietf.org/doc/html/rfc8216 |

## NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
|  |  |

**NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328**

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|

## Encode MPEG-2 Transport Stream Segments

MPEG-2 transport streams create an arbitrary timestamp when encoding media, using an 33-bit clock that rolls over every 26 hours. For example, if your video starts at the two-hour mark, your audio starts at two hours plus the time for the leading audio. Therefore, a segment of audio that's paired with a segment of video starting at the two-hour mark needs audio that starts at the two-hour mark minus the priming duration. This additional segment ensures the first frame of video plays synchronously with the audio.

## Encode Fragmented MPEG-4 Segments

The MPEG-4 file format (ISO BMFF) carries the presumption that all track timelines begin with time zero, regardless of whether the timeline is divided into fragments. However, you can set the initial decode time of any fragment to an arbitrary value by means of the Track Fragment Base Media Decode Time Box (`tfdt`). Use this box to permit the alignment of the audio timeline with the video timeline that places the priming audio prior to the first video frame.

Alternatively, starting with iOS 13.1 it's possible to utilize an Edit List Box (`elst`) within the Track Box (`trak`) in order to place the duration of the priming audio prior to time 0. This permits a natural alignment of other tracks with audio at time 0. The edit list needs to have a single entry in which the value of `media_start` is equivalent to the audio priming duration and the value of `segment_duration` is 0. This is the recommended approach for time alignment for the Common Media Application Format (CMAF).

https://developer.apple.com/documentation/http_live_streaming/preparing_audio_for_http_live_streaming

**4.3.4.   Master Playlist Tags**

<u>NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328</u>

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
| and forwarding the packet streams for transmission in a transmission channel, | The standard discloses forwarding the packet streams (e.g., m3u8 data packet stream) for transmission in a transmission channel (e.g., wired/wireless transmission).<br><br><br><br>https://martech.zone/http-live-streaming-player-features/ |

**NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328**

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
| | HLS supports the following: <br><br> • Live broadcasts and prerecorded content (video on demand, or *VOD*) <br><br> • Multiple alternate streams at different bit rates <br><br> • Intelligent switching of streams in response to network bandwidth changes <br><br> • Media encryption and user authentication <br><br> The following figure shows the components of an HTTP Live Stream. <br><br>  <br><br> https://developer.apple.com/documentation/http_live_streaming |
| and wherein the | The standard discloses wherein the mapping further comprises assigning a specific value (e.g., value |

## NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
| mapping further comprises assigning a specific value to each component for a predefined field of a packet according to a second communication protocol, the specific value distinguishing the component from other components, and | corresponding to different media stream) to each component for a predefined field of a packet (e.g., segment info) according to a second communication protocol (e.g., HTTP/Hypertext transfer protocol), the specific value (e.g., value corresponding to different media stream) distinguishing the component from other components.<br><br>As shown below, the standard provides m3u8 index file with multiple media playlists. Each media playlist has many representations, wherein every representation has many segments, these segments contains media information of each conversion corresponding to that media playlist.<br><br>The standard provides each segment having information related to a particular HTTP based uniform resource locator for getting a media stream from that particular address.<br><br>For the video segment shown below, the base URL is https://dp8hsntg6do36.cloudfront.net/ and the specific value is "612933cccc196a4be94be1b9/cc25b09e-e607-47e6-8d26-c9de0ebf4132thumbs.mp4 " (http based).<br><br><br><br>*Source: Packet capture by Fiddler tool* |

## NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
|  |  *Source: Packet capture by Fiddler tool* |

**NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328**

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
| |  *Source: Packet capture by Fiddler tool* |

### NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
| |  **Figure 1.** HLS uses multiple encoded files with index files directing the player to different streams and chunks of audio/video data within those streams. https://www.streamingmedia.com/Articles/Editorial/What-Is-.../What-Is-HLS-(HTTP-Live-Streaming)-78221.aspx?utm_source=related_articles&utm_medium=gutenberg&utm_campaign=editors_selection |

<u>NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328</u>

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|-----------|-----------------------------------------------|
| |  https://www.wowza.com/blog/hls-streaming-protocol |

8.3. Playlist with Encrypted Media Segments

#EXTM3U

**NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328**

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
| the encapsulating comprises encapsulating the packet streams according to one or more lower layer protocols without encapsulating the packet streams according to the second communication protocol. | The standard discloses encapsulating comprises encapsulating the packet streams (e.g., data packets in m3u8 file) according to one or more lower layer protocols without encapsulating the packet streams (e.g., data packets in m3u8) according to the second communication protocol (e.g. HTTP Protocol).<br><br>Further as explained below, the packet streams are encapsulated according to one or more lower layer protocols (e.g., network layer/MAC layer/physical layer) of the device transmitting the packet streams. Since, the packet streams are obtained by TCP encapsulation of data streams and the HTTP protocol doesn't reside beneath the TCP layer, the further encapsulation doesn't comprise encapsulation using HTTP protocol (once TCP encapsulation has been executed).<br><br>In any communication system, when a sender prepares data for sending from its physical interface (e.g., wired/wireless interface of the server/machine), the process of entire "data formulation" or "data construction" has multiple steps, all steps (if they are present) are associated with one layer of OSI model (it's a model which every communication system follows, some specification communication schemes may have lower number of layers (because multiple layers of OSI can be combined into one for those cases). Two lower level layers— data link layer and physical layers are invariably present in any communication system. They are the lowest two layers. They reside beneath the TCP layer. Data link layer ensure error free communication whereas the physical layer processes the data so that it can be sent using the actual medium of communication (e.g., modulation and formatting in wireless/wired communication system) |

**NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328**

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
| | **Does HLS use TCP or UDP as its transport protocol?**<br><br>TCP and UDP are transport protocols, meaning they are responsible for delivering content over the Internet. TCP tends to deliver data more reliably than UDP, but the latter is much faster, even though some data may be lost in transit.<br><br>Because UDP is faster, some streaming protocols use UDP instead of TCP. HLS, however, uses TCP. This is for several reasons:<br><br>1. HLS is over HTTP, and the HTTP protocol is built for use with TCP (with some exceptions).<br><br>2. The modern Internet is more reliable and more efficient than it was when streaming was first developed. In many parts of the world today, user connectivity has vastly improved, especially for mobile connections. As a result, users have enough bandwidth to support the delivery of every video frame.<br><br>3. Adaptive bitrate streaming helps compensate for the potentially slower data delivery of TCP.<br><br>https://www.cloudflare.com/learning/video/what-is-http-live-streaming/ |

**NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328**

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
| | **HyperText Transfer Protocol (_HTTP_)**<br><br>The HyperText Transfer Protocol, or _HTTP_, must be the most widely used Application layer protocol in the world today. It forms the basis of what most people understand the Internet to be—the World Wide Web. Its purpose is to provide a lightweight protocol for the retrieval of HyperText Markup Language (_HTML_) and other documents from Web sites throughout the Internet. Each time you open a Web browser to surf the Internet, you are using _HTTP_ over _TCP/IP_.<br><br>_HTTP_ was first ratified in the early 1990s and has been through three main iterations:<br><br>• **HTTP/0.9:** A simplistic first implementation of the protocol that only supported the option to get a Web page.<br><br>• **HTTP/1.0:** Ratified by the _IETF_ as RFC 1945 in 1996. This version added many supplemental data fields, known as _headers_ to the specification. This allowed for other information passing between the client and server, alongside the request and consequent page.<br><br>• **HTTP/1.1:** Defined in RFC 2068 by the _IETF_, version 1.1 implemented a number of improvements over and above the 1.0 specification. One of the main improvements of 1.1 over 1.0 was the implementation of techniques such as persistent _TCP_ connections, pipelining, and cache control to improve performance within _HTTP_-based applications.<br><br>https://www.informit.com/articles/article.aspx?p=169578 |

**NIMITZ TECHNOLOGIES LLC CLAIM CHARTS RE PAT. 7,848,328**

*Preliminary charts based on best available information*

| 7,848,328 | Bonappetit.com ("The Accused Instrumentality") |
|---|---|
|  | Upper and Lower layers further divide network architecture into seven different layers as below<br><br>• Application<br>• Presentation<br>• Session<br>• Transport<br>• Network, Data-link<br>• Physical layers<br><br><br><br>Network Layers Diagram<br>https://www.guru99.com/layers-of-osi-model.html<br>https://www.cloudflare.com/learning/ddos/glossary/open-systems-interconnection-model-osi/ |